### UNITED STATES of America, Plaintiff-Appellee

v.

**Edgar Benjamin Gregorio ESCOVAR, also known as Edgar Benjamin Gregorio-Escovar, also known as Marvin Estrada, also known as Edgar Escobar, also known as Marvin J. Estrada, also known as Benjamin Gregorio Escovar, also known as Edgar B. Grigorio-Escovar, also known as E. B. Grigorio-Escovar, also known as Edgar D. Escabar, also known as Edgar B. Grigorio Escovar, also known as Edgar Escovar, Defendant-Appellant**

No. 16-20120
Conference Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 12/20/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Edgar Benjamin Gregorio Escovar, Pro Se

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before DENNIS, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Edgar Benjamin Gregorio Escovar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir. 2011). Gregorio Escovar has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.